# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ELLIOT MOREHARDT, | ) |
|                       PLAINTIFF | ) |
| v. | )    CIVIL NO. 2:16-MC-298-DBH |
| JASON P. GRIMES, | ) |
|                       DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 28, 2018, the United States Magistrate Judge filed with the court, with copies to the plaintiff's counsel and the defendant, his Recommended Decision After Disclosure Hearing. The time within which to file objections expired on October 12, 2018, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Court **ORDERS**:

1.  The defendant Jason P. Grimes shall turn over to the sheriff the following property: (a) the firearm depicted in Hearing Exhibit 5; (b) the knife depicted in Hearing Exhibit 5; (c) the motorcycles depicted in Hearing Exhibit 1, other than the motorcycles for which Dena Thompson claimed ownership at the hearing; (d) the gun safe described at the hearing; and (e) the engine block located on the property where the defendant resides.

2. The plaintiff's counsel shall assist the sheriff in the identification of the property to be turned over in accordance with the Court's Order.

3. To the extent the defendant contends any other individuals have an interest in any of the property subject to turn-over, the defendant shall give notice to the individuals in accordance with 14 M.R.S.A. § 1313(3) prior to the sale of the property.

4. Pending the turn-over and sale of the property, the defendant is **ENJOINED** from transferring or modifying the property.

5. The plaintiff shall sell the property and account for the sale in accordance with 14 M.R.S.A. § 1313.

**SO ORDERED.**

**DATED THIS 15TH DAY OF OCTOBER, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**